**Thaddeus FRAZIER, Appellant**

v.

**STATE CIVIL SERVICE COMMISSION,**
**Appellee.**

Supreme Court of Pennsylvania.

July 17, 2012.

### ORDER

PER CURIAM.

AND NOW, this 17th of July, 2012, the Order of the Commonwealth Court is AFFIRMED.